COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of A.J.A. aka A.J.L.A.; D.C.A.; and J.C.T.A. aka J.A.

Appellate case number:    01-13-00542-CV

Trial court case number:   2011-07426J

Trial court:                       315th District Court of Harris County

Appellee, Department of Family and Protective Services, has filed an appellee's brief that exceeds the word-count limit imposed by Texas Rule of Appellate Procedure 9.4(i)(2)(B), along with a "Motion to Exceed Word Count." *See* TEX. R. APP. P. 9.4(i)(2)(B), (i)(4). Appellee requests to exceed, by 13,744 words, the 15,000 word-count limit imposed by Rule 9.4(i)(2)(B). *See* TEX. R. APP. P. 9.4(i)(2)(B). We **deny** the motion.

Appellant, Meddie Anderson, moves to strike appellee's brief for failure to comply with Rule 9.4(i)(2)(B). *See id.* We **grant** the motion.

We **grant** appellee's "Unopposed Motion for Extension of Time," insofar as appellee seeks 14 days to submit briefing that complies with Rule 9.4(i)(2)(B). *See id.*

Therefore, we **strike** appellee's brief for failure to comply with Rule 9.4(i)(2)(B) and order appellee to file a brief complying with the Rule **within 14 days of the date of this order**. *See* TEX. R. APP. P. 9.4(i)(2), (3), (j). Because this is a parental termination or child protection case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). For this reason, **no further extensions of time to file briefs will be granted**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings _____

☑ Acting individually      ☐ Acting for the Court

Date: October 25, 2013 _____